IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNIE LEE WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-390-GMB. |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PLEASE NOTE**: **Please read this order carefully.  The previous scheduling order has been revised to impose new responsibilities and deadlines on parties to social security litigation.  These deadlines and responsibilities may not be changed without leave of the court.  All parties are expected to comply with this order in a timely manner, without unnecessary requests for extensions of time.**

The plaintiff has filed a complaint seeking review of a decision of the Commissioner of Social Security and has filed a motion to proceed *in forma pauperis*. Doc. 2.  Accordingly, it is ORDERED that the plaintiff's motion for leave to proceed *in forma pauperis* is granted.

It is further ORDERED as follows:

1.     Within 90 days after the date of service of the complaint, the defendant shall file an answer and serve on the plaintiff a complete copy of the record of the administrative proceedings, which shall be bound in volumes of no more than 200 pages each.

2.     Within 40 days after the defendant has filed his answer and served the plaintiff with the administrative record, the plaintiff shall file a brief in support of his or her claim(s)

for relief.  The plaintiff shall serve copies of his/ her brief upon the United States Attorney's Office and upon Chief Counsel, Office of General Counsel, Social Security Administration, Office of Regional Counsel, Region IV, Atlanta Federal Center, 61 Forsyth Street SW Suite 20T45, Atlanta, GA 30303-8920.

3. Within 30 days after the plaintiff's brief is filed, the defendant shall file a reply brief and a complete copy of the administrative record.  The defendant is specifically DIRECTED to address *all of the contentions and arguments* made by the claimant in the same order in which the plaintiff has made them in his or her brief.

4. The plaintiff's brief shall contain a section titled "Statement of the Issues." In this section *in numbered paragraphs*, the plaintiff shall state in a *concise, specific manner*[1] each issue the plaintiff presents to the court for resolution.  Issues not presented in the Statement of the Issues will not be considered.  The Commissioner's reply brief will address with specificity each issue raised by the plaintiff in a manner consistent with the issues as raised in the numbered paragraphs contained in the Statement of Issues.  The briefs shall not exceed a **total of 15 pages**, except as approved by the court upon motion. **Any motion to exceed the court's page limit shall be filed no later than one week before the deadline for the submission of the brief.**  No extensions of time for filing briefs shall be allowed absent a showing of good cause.  If a party desires an extension of time within which to respond, the moving party is specifically DIRECTED to file a motion for extension before the date upon which the brief or response is due. *See Hill v. Dekalb Regional Youth*

---

[1] Thus, generic statements of issues such as "the ALJ's decision is not supported by substantial evidence" will not be considered by the court.

*Detention Center*, 40 F.3d 1176 (11th Cir. 1994). Unless oral argument is deemed necessary by the court, this case shall be deemed submitted as of the date on which the defendant's reply brief is filed.

  5. If the court, in response to a party's motion, grants an extension of time for any pleading, the other party is automatically granted an extension for the same amount of time to file a responsive pleading.

  6. Contentions alleging deficiencies in the consideration of the plaintiff's claims by the Administrative Law Judge ("ALJ") or alleging mistaken conclusions of fact or law and contentions or arguments by the Commissioner supporting the ALJ's conclusions of fact or law **must include a specific reference, by page number, to the portions of the record** that (1) recite the ALJ's consideration or conclusion and (2) support the party's claims, contentions, or arguments.

  7. Either party may request oral argument in appropriate cases at the time the party's brief is filed.

  8. Upon entry of the final order, the United States Attorney shall forward a copy of the order to the ALJ who decided the case.

### **NOTICE**

This civil case has been randomly assigned to a United States Magistrate Judge of the court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of the court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the entry of final judgment upon the consent of all parties to a case. Any appeal from a

judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in the court.

As a party to this lawsuit, you have the right to consent or to decline to consent to the jurisdiction of a Magistrate Judge.  **Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.**  If you decline to consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge; however, the Magistrate Judge will continue in the case for the purpose of entering a report and recommendation in accordance with 28 U.S.C. § 636(b). To consent to the jurisdiction of a Magistrate Judge, you should complete the attached form and return it to the Clerk of the Court within 21 days from the date of this order.  **Do not file this form electronically**.

DONE this 3rd day of June, 2016.

                                                  /s/ Gray M. Borden
                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DANNIE LEE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-390-GMB. |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____       _____
Date                                                         Signature

_____
Counsel For (**print** name of all parties)

_____
Address, City, State, Zip Code

_____
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**

**PLEASE MAIL TO:**
Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101-0711