IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANNIE LEE WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:16-cv-00390-GMB |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

**ANSWER**

Comes now the Defendant, by and through George L. Beck, Jr., United States Attorney

for the Middle District of Alabama, and for answer to the complaint heretofore filed in this

cause, shows the following:

1.      With respect to paragraphs one, and two, Defendant states that the court has

jurisdiction pursuant to 42 U.S.C. § 405(g), regardless of the amount in controversy.

2.      Defendant does not have sufficient knowledge to respond to the allegations

contained in paragraph three, and, therefore denies the same.

3.      Defendant admits the allegations contained in paragraphs four, five, six and seven.

4.      With respect to paragraphs eight and nine, Defendant states that Appeals Council's

action denying the Plaintiff's request for review of the hearing decision thereby rendered the

administrative law judge's decision the "final decision" of the Commissioner subject to judicial

review pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

5.      Defendant admits the allegations contained in paragraph ten.

6.      Paragraphs eleven, twelve, and thirteen of Plaintiff's complaint states a legal

conclusion to which no responsive pleading is required.   To the extent that the court deems a

responsive pleading is necessary, Defendant denies paragraphs eleven, twelve, and thirteen .

7.       With respect to Plaintiff's request that an attorney's fee be awarded by the court, Defendant states that, if the court renders a judgment favorable to Plaintiff, the court may award a reasonable attorney's fee, not to exceed 25 percent of the total past-due benefits, pursuant to sections 206(b) and 1631(d)(2) of the Act, 42 U.S.C. §§ 406(b), 1383(d)(2).   Any fee so awarded would be paid from such past-due benefits.

8.       With respect to the paragraph beginning with "**WHEREFORE**", Defendant states that these constitute a Prayer for Relief to which no response is deemed necessary.   However, if the court requires a response, Defendant denies Plaintiff is entitled to judgment or the relief sought

9.       The remainder of Plaintiff's complaint represents a prayer for relief to which no responsive pleading is required. To the extent that the prayer for relief is deemed to allege facts to which a response is required, Defendant denies the allegations.

10.      Defendant denies all other allegations of Plaintiff's complaint not specifically admitted.

11.      In accordance with § 205(g) of the Social Security Act, 42 U.S.C. 405(g), and paragraph three of the Court's Order of June 3, 2016, Defendant will file a certified copy of the transcript of the record including the evidence upon which the findings and decisions complained of are based, on the date that Defendant files his brief.   A copy of the transcript is being served on Plaintiff this date in accordance with the Court's order.

WHEREFORE, Defendant prays for judgment dismissing the complaint with costs and disbursements and for judgment in accordance with section 205(g) of the Social Security Act, 42 U.S.A. 405(g) affirming the Commissioner's decision.

Respectfully submitted on this 7th day of September, 2016.

GEORGE L. BECK, JR.
United States Attorney

By:     /s/James J. DuBois
        JAMES J. DUBOIS
        Assistant United States Attorney
        GA Bar Number: 231445
        Attorney for Defendant
        Post Office Box 197
        Montgomery, AL    36101-0197
        Telephone No.: (334) 223-7280
        Facsimile No.: (334) 223-7418
        E-mail:   **James.DuBois2@usdoj.gov**

**OF COUNSEL:**

Jennifer L. Patel, Assistant Regional Counsel
Social Security Administration
Office of the General Counsel, Region IV
61 Forsyth Street, S.W., Suite 20T45
Atlanta, Georgia    30303-8920
Telephone No.:    (404) 562-1004
E-mail:    Jennifer.patel@ssa.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2016, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

Plaintiff's attorney, William Richard Fletcher, Esquire.

/s/James J. DuBois
Assistant United States Attorney